**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02766-BNB

RAMON L. FISHER,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
TRAVIS TANI, Warden CCF/CSP,
SEAN FOSTER, Assoc. Warden CCF/CSP, and
KELLY WASKO, Warden SCCF,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 26, 2012, Plaintiff filed four motions, including a Motion for Loan of Record, ECF No. 14, a Motion for Discovery, ECF No. 13, a Motion for Counsel, ECF No. 12, and a Motion for Enlargement of Time, ECF No. 11. The Motion for a Loan of Record, the Motion for Discovery, and the Motion for Counsel, ECF Nos. 14, 13, and 12, all are denied as premature. As for the Motion for Enlargement of time, ECF No. 11, the Court will grant Plaintiff an second extension of thirty days from the date of this Minute Order to file an Amended Complaint. If Plaintiff fails to comply and file an Amended Complaint within the time allowed the action will be dismissed without further notice. No further extensions will be granted without a showing of just cause.

Dated: December 27, 2012