IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02766-LTB

RAMON L. FISHER,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
TRAVIS TRANI, Warden CCF/CSP,
SEAN FOSTER, Assoc. Warden CCF/CSP, and
KELLY WASKO, Warden SCCF,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 6, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 6 day of February, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ S. Grimm
                      Deputy Clerk